UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH R. MANLEY,

                       Plaintiff,

   -against-

NEW YORK CITY POLICE DEPARTMENT,

                     Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-0679 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on October 19, 2005, granting defendant's motion to dismiss; and dismissing the complaint; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted; and that the complaint is dismissed.

Dated: Brooklyn, New York
        October 19, 2005

                                                             ROBERT C. HEINEMANN
                                                             Clerk of Court